**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:                    September 3, 2014

Courtroom Deputy:  Kathleen Finney
Court Reporter:      Tracy Weir
Probation Officer:    Nicole Peterson
Interpreter:            Susana Cahill

---

**Criminal Action No.  13-cr-00161-REB-1**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                Guy Till

     Plaintiff,

v.

1.  MARCO ONTIVEROS,                      Normando Pacheco
    a/k/a Chino,

     Defendant.

---

**SENTENCING MINUTES**

---

**11:09 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter: government and defendant stipulate as to interpreter's qualifications; interpreter sworn.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers: the defendant's **Motion for Non Guideline Sentence** [#335] filed July 3, 2014; the **Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. 3553(e)** [#352] filed July 16, 2014; the government's **Motion to Dismiss Counts** [#353] filed July 16, 2014; and the **Government's Motion for Defendant to Receive the Third Levelfor [sic] Acceptance of Responsibility Under U.S.S.G § 3E1.1(b)** [#354] filed July 16, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1.    That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2.    That the pending motions are resolved as follows:
- the defendant's **Motion for Non Guideline Sentence** [#335] is **GRANTED** insofar as it requests that the court sentence the defendant below the statutory mandatory minimum sentence;
- the oral motion of the defendant for an additional sentence variance is **denied**;
- the **Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. 3553(e)** [#352] is **GRANTED**;
- the government's **Motion to Dismiss Counts** [#353] is **GRANTED**; Counts 6 through 10 of the Indictment are **dismissed with prejudice**, as to this defendant only;
- the **Government's Motion for Defendant to Receive the Third Levelfor [sic] Acceptance of Responsibility Under U.S.S.G § 3E1.1(b)** [#354] is

           **GRANTED**;

3.      That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4.      That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **fifty-two (52) months**;

5.      That no term of supervised release is imposed; however, the defendant is advised that if he enters, remains, or is found in the United States illegally, or if he possesses illegally a controlled substance, or if he possesses or uses any firearm, destructive device, or dangerous weapon, he may be subject to further prosecution in federal court;

6.      That no fine is imposed;

7.      That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8.      That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9.      That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

10.     That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Indictment and under the authority of Fed. R. Crim. P. 32.2(b)(3) and the statutory provisions of 21 U.S.C. § 853(c);

11.     That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado; and

12.     That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**11:38 a.m.**    **Court in recess.**

Total time in court: 00:29

Hearing concluded.