**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00161-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MARCO ONTIVEROS,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court on the defendant's **Motion for Reduction of Sentence Pursuant to 18 U.S.C. "Drugs Minus Two"** [#534][2] filed March 30, 2015. The parties shall file a joint status report by **May 20, 2015**.

    Dated: May 6, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#534]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.